IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:05CR3065 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| LORENZO ROBLEDO, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's unopposed motion to continue the deadline for filing pretrial motions from June 23, 2005, until June 30, 2005, filing 20. The Court, being fully advised in the premises finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than June 30, 2005. This Court further finds, based upon the showing set forth in defendant's motion, that the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from June 23, 2005, until June 30, 2005, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 23rd day of June, 2005.

BY THE COURT:

s/ *David L Piester*
United States Magistrate Judge