```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| LORENZO ROBLEDO JR., JOEY E. HULL, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. An evidentiary hearing on defendants' motions to suppress, filings 23 and 26, will be held before the undersigned on July 20, 2005 beginning at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Based on defendant Robledo's request, a two-hour hearing is scheduled.

2. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

3. The trial of this case is continued until further order of the court following resolution of outstanding motions.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge