IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) 4:05CR3065 |
| v. | ) ) |
| LORENZO ROBLEDO JR. and JOEY E. HULL, | ) ) ORDER |
| Defendants. | ) ) ) |

IT IS ORDERED:

Plaintiff's motion to continue, filing 30, is granted and the suppression hearing on defendants' motions to suppress, filings 23 and 26, is continued from July 20 to August 2, 2005 at 1:15 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse, Lincoln, Nebraska.

DATED this 15th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge