IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LORENZO ROBLEDO JR., and | ) | |
| JOEY E. HULL, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion to continue, filing 34, is granted and the suppression hearing on defendants' motions to suppress, filings 23 and 26, is continued from August 2, 2005 to August 9, 2005, at 2:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse, Lincoln, Nebraska.

DATED this 29th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge