```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| LORENZO ROBLEDO, JR. and | ) | REPORT AND RECOMMENDATION |
| JOEY E. HULL, | ) | AND |
| | ) | ORDER |
| Defendants. | ) | |

At the conclusion of the hearing August 9, 2005 on the defendants' motions to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motions to suppress be denied. In accordance with that announcement,

IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that the motions to suppress, filings, 23 and 26, be denied in all respects.

FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2. Counsel are given ten days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation. The parties are notified that failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

3. Trial of this matter is set to commence at 9:00 a.m., October 11, 2005, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

Dated August 10, 2005.

BY THE COURT

s/ *David L. Piester*
United States Magistrate Judge