IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>LORENZO ROBLEDO, JR., )<br>)<br>Defendant. ) | Case No. 4:05CR3065<br><br>**MEMORANDUM<br>AND ORDER** |

    This case is set for trial next week. The defendant, through his counsel, has notified me today that he intends to enter a plea of guilty and he requests that the case be taken off the trial calendar. He agrees that the plea may be set before Judge Piester. He also agrees that the time resulting from the continuance may be excluded from computation under the Speedy Trial Act. The government has no objection. Thus,

    IT IS ORDERED that this matter is taken off the trial calendar, continued and shall be scheduled for a plea before Magistrate Judge Piester. On Tuesday, October 11, 2005, counsel shall call the judicial assistant for the undersigned, Kristin Leininger, to schedule the plea. After consideration of 18 U.S.C. § 3161, and particularly 18 U.S.C. § 3161(h)(1)(I) and (8)(A)&(B), the following time is excluded from computation under the Speedy Trial Act in the interests of justice, to wit: the time between this date and the date the plea is accepted or rejected by the undersigned.

October 7, 2005.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge